Acknowledged

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*[Signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | | |
|---|---|---|
| DEMETER, L.P., | ) | |
| Plaintiff, | ) | 12/15/2005 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAS STRATEGIC ALLIANCES, LLC; and | ) | Civ. No. 1:05-cv-1222-SEB-VSS |
| DEMETER ENTERPRISES, LLC | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Demeter, L.P., pursuant to Fed. R. Civ. P. 41(a) hereby submits this Notice of Dismissal without prejudice.

Respectfully submitted,

s/David A. W. Wong

Melissa A. Vallone
Julia Spoor Gard
David A. W. Wong
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
(317) 236-1313

Attorneys for Plaintiff
Demeter, L.P.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing "Notice of Dismissal Without Prejudice" was filed electronically on 13th of December, 2005, and a copy of the foregoing has been deposited in the U.S. mail, first class, postage pre-paid to :

>Elizabeth C. Buckingham
>Dorsey & Whitney LLP
>Suite 1500
>50 South Sixth Street
>Minneapolis, Minnesota 55402-1498
>
>Attorney for Defendants

s/David A. W. Wong

Name:   David A. W. Wong